1  SAO
**LEW BRANDON, JR., ESQ.**
2  Nevada Bar No.: 5880
**JUSTIN W. SMERBER, ESQ.**
3  Nevada Bar No. 10761
**MORAN LAW FIRM, LLC**
4  630 S. Fourth Street
5  Las Vegas, Nevada 89101
(702) 384-8424
6  (702) 384-6568 - *facsimile*
7  l.brandon@moranlawfirm.com
Attorneys for Defendant,
8  THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

9
**UNITED STATES DISTRICT COURT**
10  **DISTRICT OF NEVADA**

11  MARY GERENDAY, individually,

12              Plaintiff,                CASE NO.:  2:11-cv-01362-JCM-GWF

13  v.

14
THE TRAVELERS HOME AND
15  MARINE INSURANCE COMPANY;
DOES I-X; and ROE
16  CORPORATIONS I-X, inclusive,

17              Defendants.
18
19           **STIPULATION AND ORDER**
    **FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING**
20                    **PARTIES**

21
        IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that
22
23  the above entitled matter be dismissed with prejudice, leaving no remaining

24  ///

25  ///

26  ///

27  ///

28



1

parties, each party bear their respective fees and costs incurred.

DATED this 29th day of December, 2011.

| **MORAN LAW FIRM, LLC.** | **GLEN J. LERNER & ASSOCIATES** |
|---|---|
| /s/ Lew Brandon, Jr., Esq. | /s/ Joseph F. Schmitt, Esq. |
| **LEW BRANDON, JR., ESQ.** | **JOSEPH F. SCHMITT, ESQ.** |
| Nevada Bar No. 5880 | Nevada Bar No. 9681 |
| 630 S. Fourth Street | Glen J. Lerner & Associates |
| Las Vegas, Nevada 89101 | 4795 South Durango Drive |
| Attorney for Defendant, | Las Vegas, Nevada 89147 |
| THE TRAVELERS HOME AND | Attorney for Plaintiff, |
| MARINE INSURANCE COMPANY | MARY GERENDAY |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** December 30, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully submitted by:*
**MORAN LAW FIRM, LLC.**

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorney for Defendant,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568