**SAO**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorneys for Defendant,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MARY GERENDAY, individually, | |
| Plaintiff, | CASE NO.: 2:11-cv-01362-JCM-GWF |
| v. | |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that

the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///



1

parties, each party bear their respective fees and costs incurred.

DATED this 29th day of December, 2011.

| **MORAN LAW FIRM, LLC.** | **GLEN J. LERNER & ASSOCIATES** |
|---|---|
| /s/ Lew Brandon, Jr., Esq. | /s/ Joseph F. Schmitt, Esq. |
| **LEW BRANDON, JR., ESQ.** | **JOSEPH F. SCHMITT, ESQ.** |
| Nevada Bar No. 5880 | Nevada Bar No. 9681 |
| 630 S. Fourth Street | Glen J. Lerner & Associates |
| Las Vegas, Nevada 89101 | 4795 South Durango Drive |
| Attorney for Defendant, | Las Vegas, Nevada 89147 |
| THE TRAVELERS HOME AND | Attorney for Plaintiff, |
| MARINE INSURANCE COMPANY | MARY GERENDAY |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** December 30, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully submitted by:*
**MORAN LAW FIRM, LLC.**

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorney for Defendant,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

